JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL AGUILAR, | Case No. SACV 19-0539-JPR |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WILLIAM SULLIVAN, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 17, 2020

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE